In the MATTER OF the PETITION OF Michael NEWMAN[1] for a Writ of Mandamus

No. 331, 2016

Supreme Court of Delaware.

Submitted: August 9, 2016

Decided: October 10, 2016

DISMISSED.

Alan T. BROOKS, Plaintiff Below-Appellant,

v.

Dr. Ray LYNCH, Dr. Patricia Mudha, and Jennifer Krafcik, R.N., Defendants Below-Appellees.

No. 586, 2015

Supreme Court of Delaware.

Submitted: July 22, 2016

Decided: October 13, 2016

Court Below: Superior Court of the State of Delaware, C.A. No. N15C-10-023

AFFIRMED.

Frank DAVENPORT, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 690, 2015

Supreme Court of Delaware.

Submitted: September 21, 2016

Decided: October 21, 2016

Court Below—Superior Court of the State of Delaware Cr. ID No. 1401014417

AFFIRMED.

Eric K. SZULBORSKI, Defendant Below-Appellant,

v.

STATE of Delaware, Plaintiff Below-Appellee.

No. 116, 2016

Supreme Court of Delaware.

Submitted: August 24, 2016

Decided: October 21, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID 0903021499

AFFIRMED.

1. The Court has assigned pseudonyms under Supreme Court Rule 7(d), which are consistent with the pseudonyms assigned to Newman's appeal in No. 119, 2016.